S.D.N.Y. – N.Y.C.
23-cr-56
Abrams, J.

# United States Court of Appeals
### FOR THE
### SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 11th day of June, two thousand twenty-five.

Present:
>   Gerard E. Lynch,
>   Richard J. Sullivan,
>   Steven J. Menashi,
>   *Circuit Judges*.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Jun 11, 2025
```

United States of America,

>   *Appellee*,

v.                                                                                       24-1750

Edwin Cordero,

>   *Defendant-Appellant*.

Daniel Habib, counsel for Appellant Edwin Cordero, submits Cordero's death certificate and moves on Cordero's behalf to vacate the district court's June 25, 2024 judgment revoking Cordero's supervised release, and to remand with instructions to dismiss the May 14, 2024 amended violation petition. The Government does not respond. Upon due consideration, it is hereby ORDERED that the abatement motion is GRANTED, and the district court's June 25, 2024 judgment is VACATED. The matter is REMANDED to the district court with instructions to dismiss the May 14, 2024 amended violation petition. *See United States v. Brooks*, 872 F.3d 78, 87–88 (2d Cir. 2017); *United States v. Mladen*, 958 F.3d 156, 160–61, 163 (2d Cir. 2020).

>   FOR THE COURT:
>   Catherine O'Hagan Wolfe, Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

CERTIFIED COPY ISSUED ON 06/11/2025